UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

JOSE LUIS COLON-CRUZ, a/k/a "Julio Enrique Rodriguez Serrano,"

VICTOR ESCALANTE, and

MARIO ESPINAL,

Defendants.

19 MAG 11351 (SLC)

[PROPOSED] ORDER MODIFYING BAIL CONDITIONS

Defendant Victor Escalante, having made an application to modify his bail conditions to extend the date by which conditions of release must be satisfied from December 11, 2019 to December 23, 2019; and

Assistant U.S. Attorney Daniel Nessim having consented to such application; it is hereby

ORDERED that Victor Escalante must satisfy the bail conditions of three cosigners on his bond plus a lien on his home in El Paso, Texas on or before December 23, 2019.

Dated: December 13, 2019

_____
Honorable Sarah L. Cave, U.S.M.J.